JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 2, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Emma Viera,* | CASE NO. CV 15-5590-GHK (FFMx) |
| **Plaintiff,** | |
| v. | JUDGMENT |
| *Bank of America, N.A., et al.* | |
| **Defendants.** | |

Pursuant to the Court's December 2, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 2, 2015

_____
GEORGE H. KING
Chief United States District Judge